IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 14-00206-01-CR-W-DGK |
| DAYTON A. TRUSSELL, | ) ) | |
| Defendant. | ) ) | |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On October 10, 2014, the Court ordered Defendant to undergo an examination pursuant to 18 U.S.C. § 4241 for a judicial determination of Defendant's mental competency. Defendant was examined by Dr. Gordon Zilberman, who prepared a report dated January 28, 2015. A competency hearing was held before United States Magistrate Judge Robert E. Larsen on March 30, 2015.

On March 30, 2015, Judge Larsen entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objections were filed by the parties. Therefore, after making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Larsen is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.

                  /s/ Greg Kays
                  GREG KAYS, CHIEF JUDGE
                  UNITED STATES DISTRICT COURT

Date: April 7, 2015